UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **INGRID JOHANNA CORZO ARMAS** | **CASE NO. 6:20-CV-00741 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **INDALECIO RAMOS, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Temporary Restraining Order and Petition for Writ of Habeas Corpus and (rec. doc. 1) be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 7th day of August, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE